B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **0:09−bk−09886−EWH**
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
RANDY C TUCKER
12536 E 40TH PLACE
YUMA, AZ 85365

DENISE N TUCKER
12536 E 40TH PLACE
YUMA, AZ 85365

Social Security / Individual Taxpayer ID No.:
xxx−xx−3235

xxx−xx−3598

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 8/24/09

Eileen W. Hollowell
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-0          User: admin              Page 1 of 1              Date Rcvd: Aug 24, 2009
Case: 09-09886                Form ID: b18             Total Noticed: 15

The following entities were noticed by first class mail on Aug 26, 2009.
db/jdb       +RANDY C TUCKER,    DENISE N TUCKER,    12536 E 40TH PLACE,    YUMA, AZ 85367-6067
tr           +LAWRENCE J. WARFIELD,    P.O. BOX 14647,    SCOTTSDALE, AZ 85267-4647
cr         +++CAPITAL ONE AUTO FINANCE DEPARTMENT,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
docprep      +DAVID A WEISS,    9573 FRESH CROWN CT,    LAS VEGAS, NV 89148-4269
8080969     ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
             (address filed with court: Applied Card Bank,    4700 ExChange Court,    Boca Raton, FL 33431)
8080974      Direct Loan Payment Center,    P.O. BOX 530260,    Atlanta, GA 30353-0260
8080978     +Hammerman & Hultgren, P.C.,    3101 N. Central Ave., Ste 500,    Phoenix, AR 85012-2639
8080971      Household Finance Company,    PG Box 60101,    City of Industry, CA 91716
8080976     +Wells Fargo Home Mortgage,    3480 Stateview Blvd,    Ft Mills, SC 29715-7203

The following entities were noticed by electronic transmission on Aug 25, 2009.
tr           +EDI: BLJWARFIELD.COM Aug 24 2009 22:04:00     LAWRENCE J. WARFIELD,    P.O. BOX 14647,
              SCOTTSDALE, AZ 85267-4647
smg           EDI: AZDEPREV.COM Aug 24 2009 22:03:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
8080977      +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
              Capital One Auto Finance,    3905 Dallas Parkway,    Dallas, TX 75093-7892
8080975      +EDI: CHASE.COM Aug 24 2009 22:04:00      Chase Bank One,    800 Brooksedge Blvd,
              Westerville, OH 43081-2822
8080972      +EDI: HFC.COM Aug 24 2009 22:03:00      HSBC Gold Mastercard,    P0 Box 60102,
              City of Industry, CA 91716-0102
8080970      +EDI: RMSC.COM Aug 24 2009 22:03:00      Lowe S,    P0 Box 530914,    Atlanta, GA 30353-0914
8080973      +EDI: AFNIVZWIRE.COM Aug 24 2009 22:04:00      Verizon Wireless,    P0 Box 9622,
              Mission Hills, CA 91346-9622
8080976      +EDI: WFFC.COM Aug 24 2009 22:04:00      Wells Fargo Home Mortgage,    3480 Stateview Blvd,
              Ft Mills, SC 29715-7203
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8080979      Page 1
                                                                                          TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2009**                          **Signature:**  *Joseph Speetjens*